UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                                        Case No. 14-27436-BKC-AJC

DOMINGO SANCHEZ,                                              Chapter 7

       Debtor.
_____/

### NOTICE OF TAKING RULE 2004 EXAMINATION *DUCES TECUM*

      Soneet Kapila, Chapter 7 Trustee, by the undersigned attorney, will examine **DOMINGO SANCHEZ** under oath on **April 22, 2015 at 9:00 a.m.** at **Leiderman Shelomith, P.A., 2699 Stirling Road, Suite C401, Ft. Lauderdale, Florida 33312).** The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time, without the necessity of the filing of an objection.

      The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

      **The examinee is further requested to produce all documents on the attached Schedule "A" on or before <u>April 15, 2015,</u> to Leiderman Shelomith, P.A., 2699 Stirling Road, Suite C401, Ft. Lauderdale, Florida 33312.** Failure to timely produce all of the documents on the attached Schedule "A" within the specified time may result in the continuance of the examination. **Please note, however, that to the extent any document requested has already been produced to Leiderman Shelomith, P.A., it does not need to be produced again.** If this is an examination of the Debtor and the individual being examined requires the services of a Certified Court Interpreter, the Debtor is responsible for arranging and paying for the services of a Certified Court Interpreter.

_____
Leiderman Shelomith, P.A., Attorneys at Law
2699 Stirling Road, Suite C401, Ft. Lauderdale, FL 33312 · Tel. (954) 920-5355 · Fax (954) 920-5371

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on March 20, 2015 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Domingo Sanchez, 6246 SW 136 Ct # D202, Miami, FL 33183-1265.

                                                  LEIDERMAN SHELOMITH, P.A.
                                                  Attorneys for Soneet Kapila
                                                  2699 Stirling Road, Suite C401
                                                  Ft. Lauderdale, Florida 33312
                                                  Telephone: (954) 920-5355
                                                  Facsimile: (954) 920-5371

                                        By:_____/s/_____
                                                  JONATHAN S. LEIDERMAN
                                                  Florida Bar No. 0027022
                                                 jleiderman@lslawfirm.net

## SCHEDULE "A"

## GENERAL INSTRUCTIONS AND DEFINITIONS

1. All documents requested to be produced shall be made available for inspection and copying at the offices of undersigned counsel on or before the date indicated on the notice, as set forth above. This is a continuing request and you are under a duty to seasonably produce additional documents or answers responsive to any request upon later discovering information or acquiring documents not originally produced. If you know that the response, though correct when made, is no longer true, then the failure to amend the response is in substance a knowing concealment.

2. **As used herein the terms "you", "your", or "yourself" refer to the Debtor herein**. Those terms further specifically include all employees, agents, representatives, or any other person acting or purporting to act on the Debtor's behalf either at the time of the events in question or at the present, unless the context of the request makes it clear that only the Debtor is connoted.

3. As used herein the terms "person(s)", "individual(s)", and "entity(ies)" mean any natural individual in any capacity whatsoever or any body or organization, including divisions, departments, and other units thereof, and shall include, but not be limited to, a public or private corporation, partnership, joint venture, voluntary or unincorporated association, organization, proprietorship, trust, estate, governmental agency, commission, bureau, or department.

4. As used herein the term "describe" means to specify completely and accurately the subject matter upon which inquiry is made using factual statements.

5. As used herein the term "document" means any medium upon which intelligence or information can be recorded or retrieved, and includes, without limitation, the original and each copy, regardless of origin and location, of any book, pamphlet, periodical, letter, memorandum [including any memorandum or report of a meeting or conversation], invoice, bill, order form, receipt, financial statement, accounting entry, diary, calendar, telex, telegram, cable, report, record, contract, agreement, study, handwritten note, draft, working paper, chart, paper, print, laboratory record, drawing, sketch, graph, index, list, tape, photograph, microfilm, data sheet or data processing card, CD-ROM, disk, diskette, or any other written, recorded, transcribed, punched, taped, filmed, computerized, or graphic matter, however produced or reproduced, which is in your possession, custody, or control or which was, but is no longer, in your possession, custody, or control.

6. As used herein the term "communication" means any oral or written utterance, notation, or statement of any nature whatsoever, by and to whomsoever made, including, but not limited to, correspondence, conversations, dialogues, discussions, interviews, consultations, agreements, and other understandings between or among two or more persons.

7. Any or all documents or communications identified herein that are no longer in your possession, custody, or control because of destruction, loss, or any other reason, should be identified as follows:
    a. Describe the nature of the document or communication [e.g., whether it is/was a

   letter, memorandum, etc.];
  b. State the date of the document or communication;
  c. Identify the persons who sent and received, respectively, the original and each copy of the document or communication;
  d. State in as much detail as possible the contents of the document or communication; and
  e. State the manner and date of disposition of the document or communication.

  8. If you contend that you are entitled to withhold from production any or all documents or communications identified herein on the basis of the attorney-client privilege, the work product doctrine, or any other ground, identify the document(s) or communication(s) as follows:
  a. Describe the nature of the document [e.g., whether it is/was a letter, memorandum, etc.];
  b. State the date of the document;
  c. Identify the persons who sent and received the original and each copy of the document;
  d. State the subject matter of the document; and
  e. State the basis upon which you contend you are entitled to withhold the document from production.

  9. As used herein, the word "or" appearing in a request should not be read so as to eliminate any part of the request, but, whenever applicable, it should have the same meaning as the word "and."

  10. **If you do not have any documents responsive to a particular request, please indicate that.**

## DOCUMENTS REQUESTED

  1. Provide any and all documents and records relating to any real property and/or cemetery plots which you have or had any ownership interest (legal or equitable) in, for the period between July 31, 2010 and July 31, 2014, including without limitation, any contracts, deeds, closing statements, mortgage applications, mortgages, promissory notes, finance agreements, tax bills, and insurance policies.

  2. Provide any and all loan applications and closing statements for any transfers, sales, loan modifications, or refinancing(s) of any of your real properties and/or cemetery plots that occurred between July 31, 2010 and July 31, 2014, as well as a full accounting of any proceeds received as a result of a refinancing.

  3. Provide a full accounting of any proceeds received as a result of any transfers or sales of any of your real properties and/or cemetery plots that occurred between July 31, 2010 and July 31, 2014.

  4. Provide any and all statements (including copies of all canceled checks that are listed on said statements), relating to any of your bank, credit union, or other accounts (checking accounts, savings accounts, loan accounts, money market accounts, stock accounts, brokerage

accounts), and any account in which you are a signatory or you have or had a legal or equitable interest, at any banking or financial institution, for the time period between July 31, 2010 and July 31, 2014 (including accounts that have since been closed), including, but not limited to your Wells Fargo accounts ending in 4045 and 0031.

5. Identify (the source of the funds and what they were for) every deposit that is in excess of $1,000.00 in any of the statements produced in response to request # 4 above.

6. Identify (who the money went to and why) every withdrawal that is in excess of $500.00 in any of the statements produced in response to request # 4 above.

7. Provide any documents relating to certificates of deposit you hold or have held between July 31, 2010 and July 31, 2014.

8. Provide any and all documents evidencing any security deposits, including the amount of same, which are being held on your behalf.

9. Provide color photographs of every room in your home (6246 SW 136 Ct # D202, Miami, FL 33183-1265), as well as your patio, including all 4 walls of each room, which, at a minimum, contain all of the tangible personal property items listed on items 4, 6, 7, and 8 of your Schedule "B".

10. Provide any and all documents regarding any jewelry for which you have, or have had, any legal or equitable ownership interest for any time between July 31, 2010 and July 31, 2014. For purposes of this request, the documents to be provided include, but are not limited to, copies of any and all appraisals, documents evidencing the purchase, sale, and/or transfer of such jewelry, and any documents evidencing insurance held on such jewelry.

11. Provide a complete copy of your current renter's insurance policy, including all riders.

12. Provide copies of any and all property insurance declaration pages relating to any property in which you hold, or have held, a legal or equitable interest at any time between July 31, 2010 and July 31, 2014.

13. Provide a copy of the life insurance policy listed on item # 9 of your Schedule "B".

14. Provide copies of any and all documents and papers of any type relating to any and all annuities, 401(k) accounts, IRA's, pension plans, deferred compensation plans, or other retirement type accounts, owned by you for anytime between July 31, 2010 and today. Such documents should include, but are not be limited to, actual policies themselves, contracts, statements, IRS determination letters, documentation evidencing how the annuities, 401(k) accounts, IRA's, pension plans, deferred compensation plans, or other retirement type accounts were purchased, as well as documents evidencing how you have spent the funds from such annuities, 401(k) accounts, IRA's, pension plans, deferred compensation plans, or other retirement type accounts. This request includes, but is not limited to, the 401(k) listed on item # 12 of your Schedule "B".

15. Provide copies of any and all stock or bond certificates you hold, or have held, at

any time between July 31, 2010 and July 31, 2014, whether relating to a publicly or privately held entity.

16. For any corporation or company for which you are or were an owner, officer, director, member, manager, or shareholder, or any partnership for which you are or were a partner, or any sole proprietorship that you own or have owned, at any time between July 31, 2008 and present, please provide the following documents, for the time period between July 31, 2010 and today:

   a. Copies of all tax returns filed for 2010, 2011, 2012, and 2013.
   b. Any and all bank statements (including copies of all canceled checks referenced on them) for the above-referenced period (including accounts that have since been closed).
   c. Any and all documents and records relating to any real property that the entity has or had any ownership interest in, for the above-referenced time period, including without limitation, any deeds, closing statements, mortgages, tax bills or insurance policies.
   d. A copy of the 2014 general ledger.
   e. Shareholder agreements, membership agreements, partnership agreements, buy-sell agreements, and joint venture agreements.
   f. All personal guarantees extended by any shareholder on behalf of the entity and its subsidiaries.
   g. A current balance sheet (cash basis and accrual basis).
   h. A profit and loss report covering January 1, 2014 – June 30, 2014.
   i. An accounting of all monies that you loaned to the company.
   j. Color photographs of all assets.

17. Provide copies of the declaration pages for all boat and/or airplane insurance for any boat and/or airplane in which you hold or held a legal or equitable interest at any time between July 31, 2010 and July 31, 2014. In addition, provide any and all documents evidencing your ownership, either legal or equitable title, of any boats and/or airplanes, including titles, registrations, security agreements, and Federal Aviation Administration documents.

18. Provide copies of any and all judgments entered in your favor within the last 20 years.

19. Provide any and all documents relating to any trust to which you are, or have been, a trustee and/or beneficiary, either directly or indirectly, between July 31, 2010 and July 31, 2014. For the purposes of this request, such documents include, but are not limited to, a copy of the trust agreement, tax returns filed by the trust, documents evidencing assets of the trust (and when same was transferred into the trust), and any documents evidencing monies and/or other consideration received by you from the trust at any time during that time period.

20. Provide a copy of your last will and testament.

21. For each vehicle that you drive, including, but not necessarily limited to, the vehicle listed on your Schedule G, provide the following:
   a. A copy of the title, if owned.
   b. A copy of the current registration.

    c. A copy of the current insurance card.
    d. A copy of the finance agreement/lease agreement, if the vehicle is financed/leased.
    e. Color photographs of the inside and outside (all sides) of the vehicle

22. Provide color photographs of your cell phone.

23. Provide a full accounting of all cash advances or lines of credit taken between July 31, 2010 and July 31, 2014 from any creditor listed on your Schedule "F", including a description of what the money was used for.

24. If you used any credit card to incur a new charge at any time between July 31, 2013 and July 31, 2014, provide complete copies of the statements for that credit card that cover the period between July 31, 2013 and July 31, 2014.

25. Provide a list of all of the tangible items that were purchased with your credit cards between July 31, 2012 and July 31, 2014. In addition, if you purchased an item but you no longer own it, provide an explanation of what happened to it and when.

26. Provide copies of all of your non-filing spouse's credit card statements (all credit cards) covering the period between July 31, 2012 and July 31, 2014.

27. Provide an accounting of all payments you have made to your non-filing spouse's credit card companies and/or to a debt consolidation company on your non-filing spouse's behalf between July 31, 2010 and July 31, 2014.

28. Provide a copy of your recent credit report.

29. Provide a copy of your residential lease for your home (6246 SW 136 Ct # D202, Miami, FL 33183-1265).

30. Provide copies of all tax returns of any type that you filed for the years 2010, 2011, 2012, and 2013 (including all W-2s, 1099s, schedules, forms, attachments, amendments, and addendums), including, but not limited to, personal income tax returns, tangible personal property tax returns, intangible personal property tax returns, and sales tax returns, whether made to federal, state, or local government agencies.

31. Provide bills of sale, contracts, closing statements, or other written evidence of any personal or real property purchased, sold, or transferred in any manner whatsoever, voluntarily or involuntarily, between July 31, 2010 and July 31, 2014, including, but not limited to the following vehicles/boats:

    a. 2010 Toyota RAV4 (VIN ending in 9410).
    b. 2002 Chevrolet Trailblazer (VIN ending in 5145).
    c. 1994 Toyota Corolla (VIN ending in 2944).
    d. 1996 GMC Jimmy (VIN ending in 1582).

32. Provide copies of any and all financial statements, affidavits, loan or credit applications, prepared by you, for you, on your behalf between July 31, 2010 and July 31, 2014.